| | AUSA: | Kathryn E. Boyles | Telephone: (313) 226-9556 |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | Officer: | Paul Wissmueller | Telephone: (313) 218-0445 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Fermin DELGADILLO DE LA CRUZ

Case No. Case: 2:25–mj–30305
Assigned To : Unassigned
Assign. Date : 5/9/2025
Description: CMP USA V.
DELGADILLO DE LA CRUZ (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____April 23, 2025____ in the county of ____Oakland____ in the ____Eastern____ District of ____Michigan____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:

On or about April 23, 2025, in the Eastern District of Michigan, Southern Division, Fermin DELGADILLO DE LA CRUZ, an alien from Mexico, was found in the United States after having been denied admission, excluded, deported, and removed there from on or about May 15, 2018, and not having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

☑ Continued on the attached sheet.

*Complainant's signature*

Paul Wissmueller, Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: May 9, 2025

*Judge's signature*

City and state: Detroit, MI

Kimberly Altman, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Paul Wissmueller, hereby declare the following under penalty of perjury:

1. I am a Deportation Officer employed with Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO), of the United States Department of Homeland Security (DHS). I have been employed in this capacity since November of 2008. I am assigned to the Alternatives to Detention (ATD) Targeting Team in the ICE ERO Detroit Field Office.

2. I submit this affidavit in support of a criminal complaint and arrest warrant for Fermin DELGADILLO DE LA CRUZ, an alien who has previously been removed from the United States on or about May 15, 2018 at El Paso, Texas, and was thereafter found in the United States on or about April 23, 2025, without the express consent of the Attorney General of the United States or the Secretary of Homeland Security to re-apply for admission, all in violation of Title 8, United States Code, § 1326(a).

3. The facts set forth in this affidavit are based upon my personal knowledge, training and experience, information provided to me by other law enforcement officers to include ICE ERO Deportation Officers, and records checks of law enforcement databases. I have also reviewed records from the official immigration file and system automated data relating to DELGADILLO DE LA CRUZ.

4. The information set forth in this affidavit is for the limited purpose of establishing probable cause and does not necessarily include all the information known to law enforcement related to this investigation.

## PROBABLE CAUSE

5. DELGADILLO DE LA CRUZ is a thirty-five-year-old male, native and citizen of Mexico, who last entered the United States, at or near an unknown location on or about an unknown time, without being inspected and admitted or paroled by an immigration officer.

1

6. On or about February 8, 2009, United States Border Patrol (USBP) Agents encountered DELGADILLO DE LA CRUZ near Hidalgo, Texas. The Border Patrol Agent determined DELGADILLO DE LA CRUZ had unlawfully entered the United States from Mexico at a time and place other than as designated by immigration officers.

7. On February 8, 2009, USBP processed DELGADILLO DE LA CRUZ as a voluntary return and returned him to Mexico the same day.

8. On or about April 25, 2018, USBP Agents encountered DELGADILLO DE LA CRUZ near Ysleta, Texas hiding beneath the axels in a northbound railroad container with eleven other undocumented individuals. DELGADILLO DE LA CRUZ was arrested and processed for expedited removal from the United States.

9. On May 4, 2018, DELGADILLO DE LA CRUZ was convicted of Illegal Entry, in violation of 8 U.S.C. § 1325(a)(2), in the Western District of Texas, El Paso Division. He was sentenced to time served.

10. On or about May 9, 2018, DELGADILLO DE LA CRUZ, was ordered removed from the United States to Mexico. On May 15, 2018, DELGADILLO DE LA CRUZ was removed to Mexico at El Paso, Texas.

11. On April 23, 2025, while conducting surveillance on a DELGADILLO DE LA CRUZ, who was identified as a targeted alien with an approved Field Operation Worksheet, the Detroit ICE ERO Deportation Officers with the ATD Targeting Team, along with Detroit Homeland Security Investigation (HSI) Agents, observed one male subject matching DELGADILLO DE LA CRUZ's physical description enter the vehicle near his last known address. Two other individuals entered the vehicle as well. The vehicle departed the address, and the ATD Targeting Team initiated a vehicle stop at or near I-75 and Sashabaw Road in Independence Township, Michigan.

12. ICE ERO Deportation Officers approached the vehicle, identified themselves, and contacted the driver and the vehicle's passengers, one of whom was later identified as Fermin DELGADILLO DE LA CRUZ. DELGADILLO DE LA CRUZ freely claimed to have entered the

United States on a visa sometime in 2020 near El Paso, Texas, but stated he does not currently have legal status in the United States. ICE ERO Deportation Officers placed DELGADILLO DE LA CRUZ under arrest and transported him to the Detroit ICE ERO Field Office for further processing.

13. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

14. DEGADILLO DE LA CRUZ's fingerprints and photograph were captured and entered into biometric systems. The results revealed that DEGALDILLO DE LA CRUZ is a citizen of Mexico with the aforementioned immigration history who has previously been removed from the Untied States.

15. A review of immigration records for DELGADILLO DE LA CRUZ and queries in the U.S. Department of Homeland Security databases revealed that no record exists of DELGADILLO DE LA CRUZ obtaining or using a visa or obtaining consent from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States following his removal from the United States to Mexico on May 15, 2018.

16. During this interview with ICE Deportation Officers, DELGADILLO DE LA CRUZ claimed that he is married and has three minor children living in Mexico with their mother.

## CONCLUSION

17. Based on the above information, I respectfully submit that there is probable cause to conclude that, on or about April 23, 2025, within the Eastern District of Michigan, DELGADILLO DE LA CRUZ, an alien who, after having been removed from the United States on or about May 15, 2018 at El Paso, Texas, was thereafter found in the United States without having

3

obtained the express consent or permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission to the United States, in violation of Title 8, United States Code, § 1326(a).

_____
Paul Wissmueller, Deportation Officer
Enforcement and Removal Operations
Immigration and Customs Enforcement
U.S. Department of Homeland Security

Subscribed and sworn to before me in my presence and/or by reliable electronic means.

_____
Honorable Kimberly Altman
United States Magistrate Judge
Dated: _____

May 9, 2025

4